DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERP OPERATING LIMITED PARTNERSHIP,** a foreign limited partnership, d/b/a **GATEHOUSE ON THE GREEN APARTMENTS,**
Appellant,

v.

**SHANDALYN SANDERS,** as Personal Representative of the Estate of **CLARA SANDERS,** deceased, and **CHAUNCEY SANDERS,** deceased,
Appellee.

No. 4D09-5188

[May 18, 2016]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, IV, Judge; L.T. Case No. 07-3631(14).

Richard Sherman and James W. Sherman of Law Offices of Richard A. Sherman, P.A., Fort Lauderdale, and Joel R. Wolpe and Alexander Alvarez of Wolpe, Leibowitz, Alvarez & Fernandez, LLP., Miami, for appellant.

Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, and Thaddeus Hamilton, Plantation, and Jeffrey Allen of Law Office of Jeffrey Allen, Miami, for appellee.

*ON REMAND FROM THE SUPREME COURT*

PER CURIAM.

Consistent with the Florida Supreme Court's opinion in *Sanders v. ERP Operating Ltd. Partnership*, 157 So. 3d 273 (Fla. 2015), we affirm the final judgment in all respects.

CIKLIN, C.J., TAYLOR, and MAY, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***